GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
JUSTIN L. SOWA, ESQ. (SBN 305002)
(jsowa@grellas.com)
550 California Street, Suite 1040
San Francisco, CA  94104
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff DR. ANDREI GAFITA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. ANDREI GAFITA, an individual, | Case No.:   3:25-cv-10757-CRB |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER RE: PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |
| vs. | |
| NUCS AI, INC., a Delaware corporation, NIJAT AHMADOV, an individual, and FARID YAGUBBAYLI, an individual, | |
| Defendants. | JURY TRIAL DEMANDED |

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

STIPULATION AND [~~PROPOSED~~] ORDER RE: OPPOSITION TO MTD

WHEREAS, Defendant Nucs AI filed its Motion to Dismiss on March 6, 2026 [Dkt. 17];

WHEREAS, Plaintiff Dr. Andrei Gafita filed his Opposition to the Motion to Dismiss on March 12, 2026 [Dkt. 22];

WHEREAS, Plaintiff subsequently realized that he had inadvertently prepared and filed an Opposition that complies with the page limits and formatting requirements of the Northern District of California Local Rules but fails to comply with the requirements of the Court's Standing Order;

WHEREAS, Plaintiff is willing to file a corrected brief that conforms with the Court's Standing Order;

WHEREAS, the parties recognize that requiring Defendant to respond to a noncompliant brief imposes additional burdens on Defendant, which the parties desire to avoid;

NOW, THEREFORE, it is stipulated and agreed among the undersigned parties, and respectfully submitted for the Court's approval, as follows:

1. Plaintiff will file a corrected Opposition that complies with the Court's Standing Order within one (1) day of entry of the attached [Proposed] Order;

2. Defendant's deadline to file a Reply brief shall be seven (7) days from the date of filing of Plaintiff's corrected Opposition;

3. Plaintiff's corrected Opposition shall not make any substantive additions or new legal arguments that were not in its original Opposition;

4. In the event the Court declines to require Plaintiff to file a corrected Opposition, the deadline for Defendant to serve its Reply shall be 7 days from entry of and/or denial of the [Proposed] Order in recognition of its added burden.

STIPULATION AND [~~PROPOSED~~] ORDER RE: OPPOSITION TO MTD

GRELLAS SHAH LLP
550 CALIFORNIA ST., SUITE 1040
SAN FRANCISCO, CA 94104

SO STIPULATED:

Dated:  March 23, 2026                    GRELLAS SHAH LLP


                                          By:   /s/ Justin L. Sowa
                                                Dhaivat H. Shah, Esq.
                                                Justin L. Sowa, Esq.

                                          Attorneys for Plaintiff Dr. Andrei Gafita

Dated:  March 23, 2026                    FOLEY & LARDNER LLP


                                          By:   /s/ Matthew D. Caplan
                                                Rajiv Dharnidharka, Esq.
                                                Matthew D. Caplan, Esq.
                                                John P. Riley, Esq.

                                          Attorneys for Defendant Nucs AI, Inc.


                                    *    *    *    *

                                         **ORDER**

The Stipulation of the parties re: Plaintiff's Opposition to Defendant's Motion to Dismiss having come before the Court, the Court hereby ORDERS:

1. Plaintiff will file a corrected Opposition that complies with the Court's Standing Order within one (1) day of entry of this Order;

2. Defendant's deadline to file a Reply brief shall be seven (7) days from the date of filing of Plaintiff's corrected Opposition;

3. Plaintiff's corrected Opposition shall not make any substantive additions or new legal arguments that were not in its original Opposition.

~~IN THE ALTERNATIVE:~~

~~1. Plaintiff shall not file a corrected Opposition. Defendant's deadline to serve its Reply shall be 7 days from the date of entry of this Order.~~

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:   March 23, 2026                   _____
                                          THE HONORABLE CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

                                          2

STIPULATION AND [~~PROPOSED~~] ORDER RE: OPPOSITION TO MTD