RAJIV DHARNIDHARKA, CA Bar No. 234756
    rajiv.dharnidharka@foley.com
MATTHEW D. CAPLAN, CA Bar No. 260388
    matt.caplan@foley.com
**FOLEY & LARDNER LLP**
ONE MARKET PLAZA
55 SPEAR STREET TOWER, SUITE 1900
SAN FRANCISCO, CA 94105
TELEPHONE:  415.434.4507
FACSIMILE:   415.434.4484

JOHN P. RILEY, CA Bar No. 356477
    jp.riley@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE:  858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendants
NUCS AI, INC. and NIJAT AHMADOV

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ANDREI GAFITA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NUCS AI, INC., a Delaware corporation, NIJAT AHMADOV, an individual, and FARID YAGUBBAYLI, an individual,<br><br>Defendants. | Case No. 3:25-cv-10757-SK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NIJAT AHMADOV TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** : ORDER<br><br>Complaint Filed: December 17, 2025<br>Current Response Date: April 17, 2026<br>New Response Date: May 15, 2026 |

STIPULATION TO EXTEND TIME FOR DEFENDANT NIJAT AHMADOV TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
Case No. 3:25-cv-10757-SK

Plaintiff DR. ANDREI GAFITA ("Gafita"), Defendant NUCS AI, INC. ("Nucs AI"), and Defendant NIJAT AHMADOV (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree to extend the time for Mr. Ahmadov to answer or otherwise respond to Gafita's Complaint pursuant to Civil Local Rule 6-1(a) as follows:

1. On December 17, 2025, Gafita commenced this action by filing a complaint in the above-captioned matter in the U.S. District Court for the Northern District of California.

2. On March 27, 2026, Gafita served the complaint on Mr. Ahmadov.

3. Mr. Ahmadov's current deadline to answer or otherwise respond to the complaint is April 17, 2026.

4. There have been no prior requests for extensions submitted to the Court by Mr. Ahmadov.

5. Nucs AI's motion to dismiss is pending and set to be heard on May 8, 2026.

6. This extension will not alter the date of any event or any deadline already fixed by Court order.

7. The Parties hereby stipulate and agree that Mr. Ahmadov's deadline to answer, move, or otherwise respond to the complaint shall be the same deadline as Nucs AI's after the Court rules on Nucs AI's pending motion to dismiss.


IT IS SO STIPULATED.

Dated: April 16, 2026

**FOLEY & LARDNER LLP**
Rajiv Dharnidharka
Matthew D. Caplan
John P. Riley

By: */s/ John P. Riley*

JOHN P. RILEY
Attorneys for Defendants
NUCS AI, INC. and NIJAT AHMADOV

Dated:  April 16, 2026            **GRELLAS SHAH LLP**
                                  Dhaivat H. Shah
                                  David I. Siegel
                                  Justin L. Sowa

                                  By:  */s/ Justin Sowa*
                                  _____
                                       JUSTIN L. SOWA
                                       Attorneys for Plaintiff
                                       DR. ANDREI GAFITA

### SIGNATURE ATTESTATION

I, John P. Riley, hereby attest that each of the other Signatories has concurred in the filing of the document.

DATE:  April 16, 2026



By: */s/ John P. Riley*
_____
    John P. Riley

Date: April 28, 2026

IT IS SO ORDERED

Judge Charles R. Breyer