# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ANDREI GAFITA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NUCS AI, INC., a Delaware corporation, NIJAT AHMADOV, an individual, and FARID YAGUBBAYLI, an individual,<br><br>Defendants. | Case No. 3:25-cv-10757-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>DATE:    July 24, 2026<br>TIME:    10:00 AM<br>PLACE:    Zoom video conference<br>JUDGE:    Hon. Charles R. Breyer<br><br>COMPLAINT FILED: December 17, 2025<br>AMENDED COMPLAINT FILED: June 1, 2026 |

On July 24, 2026, the Court heard defendants Nucs AI, Inc ("Nucs AI") and Nijat Ahmadov's ("Ahmadov") Motion to Dismiss plaintiff Dr. Andrei Gafita's ("Gafita") fifth and sixth causes of action in his Amended Complaint pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6) (the "Motion"). Having considered the papers filed by the parties and the arguments of counsel, the Motion is granted as follows:

1.      Gafita's fifth cause of action for fraud in the inducement is dismissed without leave to amend and with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

2.      Gafita's fifth cause of action for fraud in the inducement is dismissed without leave to amend and with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

Dated: _____        By:  _____

Hon. Charles R. Breyer
U.S. District Court Judge