RAJIV DHARNIDHARKA, CA Bar No. 234756
rajiv.dharnidharka@foley.com
MATTHEW D. CAPLAN, CA Bar No. 260388
matt.caplan@foley.com
**FOLEY & LARDNER LLP**
ONE MARKET PLAZA
55 SPEAR STREET TOWER, SUITE 1900
SAN FRANCISCO, CA 94105
TELEPHONE: 415.434.4507
FACSIMILE: 415.434.4484

JOHN P. RILEY, CA Bar No. 356477
jp.riley@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants
NUCS AI, INC. and NIJAT AHMADOV

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. ANDREI GAFITA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NUCS AI, INC., a Delaware corporation, NIJAT AHMADOV, an individual, and FARID YAGUBBAYLI, an individual,<br><br>Defendants. | Case No. 3:25-cv-10757-CRB<br><br>**DEFENDANTS NUCS AI, INC.'S AND NIJAT AHMADOV'S DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: December 17, 2025<br>Judge: Hon. Charles R. Breyer |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 38 of the Federal Rules of Civil Procedure and Civil Local Rule 3-6, Defendants Nucs AI, Inc. ("Nucs AI") and Nijat Ahmadov ("Ahmadov") hereby demand a trial by jury on all claims and issues so triable that are asserted in Plaintiff Dr. Andrei Gafita's Amended Complaint (ECF No. 37).

Nucs AI and Ahmadov further demand a trial by jury on all claims and issues so triable that are asserted in the Counterclaims set forth in Nucs AI's Answer and Counterclaims (ECF No. 46), and on all defenses and issues raised therein.

Dated: October 9, 2026

**FOLEY & LARDNER LLP**
Rajiv Dharnidharka
Matthew D. Caplan
John P. Riley

By: /s/ *Matthew Caplan*
MATTHEW D. CAPLAN
Attorneys for Defendants
NUCS AI, INC. and NIJAT AHMADOV.